COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER ON MOTION FOR REHEARING

Case number:  01-12-00406-CV

Style:  *Woody K. Lesikar, Individually and as Trustee of the Woody K. Lesikar Special Trust and as Trustee Of The Woodrow V. Lesikar Family Trust, Appellants v. Carolyn Ann Lesikar Moon, Individually and as Trustee of the Carolyn Ann Lesikar Moon Special Trust, Appellees*

Type of motion:        Second motion for rehearing

Party filing motion:    Appellants


It is **ordered** that the second motion for rehearing is **denied**.


Judge's signature:      /s/ Jane Bland
                        Justice Bland
                        Acting for the Court

Panel consists of Justices Bland, Sharp, and Massengale.


Date:   December 4, 2014